United States Bankruptcy Court

Southern District of Florida

In re:  
Krystal Maria Prescott  
    Debtor

Case No. 21-16112-PDR  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 113C-0      User: rodriguez      Page 1 of 2  
Date Rcvd: Dec 21, 2021      Form ID: 318      Total Noticed: 17

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Krystal Maria Prescott, 13350 SW 1st St, Apt P313, Pembroke Pines, FL 33027-2024 |
| cr | + | Global Lending Services LLC, 14841 Dallas Parkway Suite 425, Dallas, TX 75254-8067 |
| 96238037 | | 1stprogress/1stequity/, PO Box 84010, Columbus, GA 31908-4010 |
| 96238039 | | Ars Account Resolution, 1643 NW 136th Ave, City of Sunrise, FL 33323-2857 |
| 96238044 | | Jason Gang, Esq., PO Box 478, Hewlett, NY 11557-0478 |
| 96238045 | | Kia Motors Finance, 10550 Talbert Ave, Fountain Valley, CA 92708-6031 |
| 96238046 | + | Kodiak Funding, LLC, 1245 Hewiett Plaza #478, Hewiett NY 11557-4021 |
| 96238048 | | US Dept of Ed/Glelsi, 2401 International Ln, Madison, WI 53704-3121 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: swulfekuhle@broward.org | Dec 21 2021 22:01:00 | Broward County Tax Collector, 115 S Andrews Ave, Ft Lauderdale, FL 33301-1818 |
| smg | | EDI: FLDEPREV.COM | Dec 22 2021 02:53:00 | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Dec 21 2021 22:01:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | | EDI: FORD.COM | Dec 22 2021 02:53:00 | Kia Motors Finance Company, PO Box 20825, Fountain Valley, CA 92728-0825 |
| 96238038 | | Email/Text: bankruptcy@rentacenter.com | Dec 21 2021 22:02:00 | Acceptance Now, 5501 Headquarters Dr, Plano, TX 75024-5837 |
| 96238040 | | EDI: CAPITALONE.COM | Dec 22 2021 02:53:00 | Capital One Bank USA N, PO Box 31293, Salt Lake City, UT 84131-0293 |
| 96238041 | | Email/Text: bankruptcy@credencerm.com | Dec 21 2021 22:02:00 | Credence Resource Mana, 4222 Trinity Mills Rd Ste 260, Dallas, TX 75287-7666 |
| 96238042 | | EDI: CCS.COM | Dec 22 2021 02:53:00 | Credit Coll, PO Box 447, Norwood, MA 02062-0447 |
| 96238047 | | Email/Text: info@phoenixfinancialsvcs.com | Dec 21 2021 22:01:00 | Phoenix Financial Serv, 8902 Otis Ave, Indianapolis, IN 46216-1077 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 113C-0 | User: rodriguez | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: 318 | Total Noticed: 17 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Florida Department of Revenue, POB 6668, Tallahassee, FL 32314-6668 |
| 96238043 | ##+ | Global Lending Service, 5 Concourse Pkwy, Atlanta, GA 30328-7104 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 23, 2021            Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 21, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Chad T Van Horn | on behalf of Debtor Krystal Maria Prescott Chad@cvhlawgroup.com chad@ecf.inforuptcy.com,g2320@notify.cincompass.com,chapter7@cvhlawgroup.com,chapter13@cvhlawgroup.com,chapter11@cvhlawgroup.com;vanhorn.chadb104447@notify.bestcase.com |
| Mark Bonacquisti | on behalf of Trustee Sonya Salkin Slott mark@msbankrupt.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |
| Ryan K Forrest | on behalf of Creditor Global Lending Services LLC ryan.forrest@bonialpc.com  Notices.Bonial@ecf.courtdrive.com |
| Sonya Salkin Slott | sonya@msbankrupt.com FL41@ecfcbis.com;sls1@trusteesolutions.net;mark@msbankrupt.com;Kristen@msbankrupt.com;sls@msbankrupt.com;trusteesalkin@msbankrupt.com;Zachary@msbankrupt.com |
| Zachary Malnik | on behalf of Trustee Sonya Salkin Slott zachary@msbankrupt.com  Kristen@msbankrupt.com;mark@msbankrupt.com |

TOTAL: 6

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Krystal Maria Prescott** | Social Security number or ITIN  xxx–xx–3069 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Southern District of Florida** | | |
| Case number:  **21–16112–PDR** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Krystal Maria Prescott
aka Krystal M. Prescott, aka Krystal Prescott**

<u>December 21, 2021</u>

**By the court:** 

**Peter D. Russin**
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Form 318 (03/03/21)  page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**